UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTOR PALAGUACHI, DANIEL GALDAME,
And MARCO MOROCHO, on behalf of
Themselves and other employees similarly
situated,

                Plaintiffs,

-against-

ALL CITY REMODELING, INC., T&G
CONTRCTING INC., GEORGE TSIMOYIANIS,
and JOHN DOES 1-100, the actual names of such
individuals or entities being unknown,
                Defendants  .
-----------------------------------------------------------X

15 **CIVIL** 9688 (AT) (SDA)

**JUDGMENT**

     Plaintiffs having moved to enforce a settlement agreement; Defendants having moved to modify the settlement agreement, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on December 18, 2017, having rendered its Order granting Plaintiffs' request to enforce the settlement, denying Defendants' motion to modify the settlement, and directing the Clerk of Court to enter judgment in favor of Correa for the amount of $10,557.00, and to terminate all pending motions, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 18, 2017, Plaintiffs' request to enforce the settlement agreement is granted; Defendants' motion to modify the settlement is denied and judgment is hereby entered in favor of Correa for the amount of $10,557.00.

**Dated:** New York, New York
         December 20, 2017

                                         RUBY J. KRAJICK
                                         Clerk of Court
                     BY:

                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____