# C A R Y   K A N E

A LIMITED LIABILITY PARTNERSHIP FOR THE PRACTICE OF LAW

1350 Broadway - Suite 1400
New York, NY 10018

January 1, 2018

ALL CITY  EMPLOYEES
Victor Palaguachi
39-50 60th Street
Woodside, NY 11377

Re:  ALL CITY EMPLOYEES - Post
     Settlement Motions

Dear ALL CITY  EMPLOYEES:

Enclosed is your invoice which covers services from  to .   Please note that your Total Balance Due, including past charges, is $35925.00. Please remit payment within ten days.

Billing Summary

| | |
|---|---:|
| Total for services rendered | $35,450.00 |
| Total expenses | $475.00 |
| Total payments | $0.00 |
| Total credits | $0.00 |
| Total previous balance | $0.00 |
| **Total Balance Due** | $35,925.00 |

Encl.

# CARY KANE

A LIMITED LIABILITY PARTNERSHIP FOR THE PRACTICE OF LAW

1350 Broadway - Suite 1400
New York, NY 10018

**(347) 304 4339**

**FAX:**

EIN: 20-1942442

ALL CITY  EMPLOYEES
Victor Palaguachi
39-50 60th Street
Woodside, NY 11377

January 1, 2018

Invoice #:  16872

For Professional Services Rendered

### ALL CITY EMPLOYEES - Post Settlement Motions

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/27/2017 | TJ | Review email correspondence from court re: stip of dismissal, review agmt; review email correspondence  between counsel | 0.50 | 162.50 |
| 10/30/2017 | AC | Calls and emails with opposing counsel re new allegation from All City that it has a counterclaim against Juan Correa.  Call with Juan and meetings with TJ and LC re same.  Email response to Judge Torres's law clerk re stipulation of dismissal and status of settlement, in light of new allegation against Correa. | 2.80 | 910.00 |
| | LC | Meet with A. Consiglio re: status. Telephone call with opposing counsel. | 0.70 | 315.00 |
| | TJ | Confer w/ AC re: status of settlement; calling chambers, new loan issue; review email correspondence  re: same | 0.60 | 195.00 |
| 11/3/2017 | AC | Draft letter to court re violation of so-ordered agreement, and discuss with TJ.  Email to opposing counsel re same. | 1.30 | 422.50 |
| 11/6/2017 | AC | Re-draft letter to court re compelling payment to Juan Correa, and meeting with LC re same. | 1.00 | 325.00 |
| | TJ | Confer w/ AC and LC re: withheld check, correspondence  to court re: same. | 0.20 | 65.00 |
| 11/7/2017 | AC | Finalize and send letter to court re Juan Correa missing payment. | 0.50 | 162.50 |
| 11/15/2017 | AC | Read All City's opposition to motion and request to modify settlement agreement.  Email re our argument to TJ & LC. | 0.50 | 162.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/15/2017 | TJ | Review defs' correspondence to court re: modifying settlement; confer w/ AC, LC, WK re: same | 0.80 | 260.00 |
| 11/16/2017 | AC | Begin drafting response to defendant's motion. Discuss strategy with LC. | 0.80 | 260.00 |
| | TJ | Review AC letter to Ct, revise same; confer w/ AC re: same; review court order, confer w/ AC and LC re: same | 1.00 | 325.00 |
| 11/17/2017 | AC | Further early work on motion papers (1 hour). Meeting with Juan Correa re facts (2 hours). Meeting with LC re strategy on motion (.2 hour). | 3.20 | 1,040.00 |
| | LC | Meet with A. Consiglio re: strategy and motion. | 0.50 | 225.00 |
| | JC | Call with Juan Correa about situation with his check. Mr. Correa came to meet up with TC regarding a delay with his check. We had a meeting with him gathering old receipts and interviewing Mr. Correa, and I translated. | 3.20 | 400.00 |
| 11/20/2017 | AC | Draft Consiglio declaration for motion to compel (procedural history and conduct of litigation). Couple of questions to Melissa Chan re facts. | 3.70 | 1,202.50 |
| 11/21/2017 | TJ | Confer w/ AC re: motion to compel compliance w/ sett agmt | 0.20 | 65.00 |
| | AC | Continue work on AC declaration for motion re settlement disclosures and communications and other facts. Review of file materials, including parsing of the spreadsheet calculations provided to defendants during discovery. Meeting with TJ re strategy on motion. | 2.50 | 812.50 |
| 11/22/2017 | AC | Finish drafting my declaration for the motion, including further review of the file, analysis of dates, examination of spreadsheets, etc. | 3.50 | 1,137.50 |
| 11/24/2017 | AC | Revise and add to my declaration in support of the motion (3.5 hours). Begin work on memo of law (preliminary statement, enforcement of agreement argument, and legal research re enforcement of agreement) (3.7 hours). | 7.20 | 2,340.00 |
| 11/27/2017 | TJ | Confer w/ AC re: motion to compel compliance w/ agmt, defs' req for extension; review request and court's order; review/revise AC affidavit, brief; confer w/ AC re: same; confer w/ LC re: same | 2.50 | 812.50 |
| | AC | Work on memo of law, including legal research on attorney fee applications and sanctions (4 hours). Meetings with TJ and LC re same (.5 hour). Calls with opposing counsel and chambers and meetings with TJ re All City's request for extension of time on motion (.5 hour). Additional work on Consiglio declaration (.7 hour). | 5.70 | 1,852.50 |
| 11/28/2017 | AC | Revise TC declaration incorporating TJ's suggestions. | 2.70 | 877.50 |
| | TJ | Confer w/ AC re: status of motion; legal research re: motions to compel enforcement of sett agmt; confer w/ AC re: same | 1.20 | 390.00 |
| 11/29/2017 | AC | Finish revising TC declaration (2.2 hours). Begin revising memo of law (preliminary statement, contract enforcement) including legal research and close review of settlement agreement (2.7 hours). | 4.90 | 1,592.50 |
| 11/30/2017 | AC | Finish reworking memo of law, including legal research. | 3.70 | 1,202.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/1/2017 | LC | Meet with A. Consiglio re: discussion of strategy on request for attorneys fees and Motion to Enforce Settlement. | 0.20 | 90.00 |
| | TJ | Review motion papers; confer w/ AC and LC re: same | 1.50 | 487.50 |
| 12/4/2017 | AC | Read moving papers on defendants' motion to modify settlement. | 0.50 | 162.50 |
| | TJ | Review defs' motion papers; confer w/ AC and LC re: same | 1.00 | 325.00 |
| 12/5/2017 | AC | Prepare first draft of Juan Correa's declaration from my notes and documents (1.8 hours); phone calls and coordination with Juan and translators re same (.4 hour).  Begin drafting memo of law in opposition to defendants' motion, including preliminary statement, and research of two cases cited by defendants and distinguish those cases (.6 hour); meetings with TJ and LC re strategy on opposition (.3 hour). | 3.10 | 1,007.50 |
| | TJ | Review defs' motion papers; confer w/ AC and LC re: affidavit, brief in opposition to defs' post-settlement motion | 1.00 | 325.00 |
| | LC | Meet with A. Consiglio re: strategy to oppose defendants motion. | 0.20 | 90.00 |
| 12/6/2017 | AC | Finish drafting memo of law in opposition (3.8 hours).  Meeting with Juan Correa to review and edit his declaration, and examine documents (1.1 hours). | 4.90 | 1,592.50 |
| | JC | One plaintiff whose check has not been released by All City came in for an interview. I translated the interview between TC and him. During this time, TC asked him questions about the propane gas purchases done for roofing jobs, method of payment and reimbursement to plaintiff. TC and the plaintiff went throw old receipts and paper work from All City. The plaintiff will gather additional papers from home if he has. Also, he will gather his old credit card statements. | 1.20 | 150.00 |
| 12/7/2017 | AC | Revise and add to memo of law, including legal research, and discuss with TJ (3.4 hours).  Revise Correa declaration based on last night's interview and discuss with TJ; arrange for revision of translation (1.3 hours). | 4.70 | 1,527.50 |
| | TJ | Confer w/ AC re: post-settlement motion; review defs' brief; review/edit plaintiff declaration and brief; confer w/ AC re: same | 2.00 | 650.00 |
| 12/8/2017 | AC | Final revisions to memo of law (1.6 hours).  Meeting with Juan Correa to sign and review final version of declaration and exhibits (.2 hour). | 1.80 | 585.00 |
| 12/14/2017 | TJ | Confer w/ PM, LC, AC re: status of second set of payments; review email correspondence  from defs re: same; review sett agmt | 0.50 | 162.50 |
| 12/15/2017 | TJ | Confer w/ AC, LC re: second installment of checks, potential response, notice to Court; review defs' email correspondence  re: same; review agmt; review AC email correspondence  to clients | 1.00 | 325.00 |
| | AC | Draft email update to send to plaintiffs re delayed second installment of settlement checks.  Discussions with TJ and LC re how to notify court of this further breach of the settlement agreement in delay of second installment. | 0.60 | 195.00 |
| 12/16/2017 | AC | Prepare letter notifying Court of defendants' delay in making second installment settlement payments. | 0.50 | 162.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/16/2017 | TJ | Review draft correspondence  to Court re: defs' failure to timely pay second installment of sett; confer w/ AC and LC re: same; review revised draft | 0.60 | 195.00 |
| 12/17/2017 | AC | Revisions to letter to Court incorporating TJ's and LC's suggestions. | 0.50 | 162.50 |
|  | TJ | Review revised draft correspondence  to court re: second check installment; confer w/ AC and LC re: same | 0.40 | 130.00 |
| 12/18/2017 | AC | Send update to clients re delay in making second installment payment. Coordinate with JC re translation and responses. | 0.60 | 195.00 |
|  | TJ | Confer w/ AC and LC re: draft correspondence  to Court re: second installment of checks; review Court order on post- settlement motions to enforce or modify settlement; confer w/ AC and LC re: same; review email correspondence  to clients re: second installment; confer w/ AC re: same | 2.00 | 650.00 |
|  | LC | Meet with A. Consiglio and T. Jensen re: motion for judgment granted and review Order. | 0.50 | 225.00 |
|  | JC | One plaintiff whose check was delayed from All City called to ask if there was any update with his check. I told him the judge has not provide a resolution yet but we'll call him with any updates. | 0.10 | 12.50 |
| 12/20/2017 | TJ | Confer w/ AC and LC re: fee petition | 0.30 | 97.50 |
| 12/21/2017 | AC | Begin outlining issues to be addressed in our application for attorney fees. | 0.30 | 97.50 |
|  | LC | Meet with A. Consiglio re: strategy on application for attorneys fees. | 0.30 | 135.00 |
| 12/22/2017 | AC | Begin work on application for attorney fees (notice of motion and introduction to my declaration re our enforcement efforts). | 2.10 | 682.50 |
| 12/26/2017 | AC | Work on attorney fee application (sections on attempts to resolve without motion practice, reasonable efforts expended on plaintiffs' motion, and summaries of fees and exhibits). | 4.70 | 1,527.50 |
| 12/27/2017 | AC | Continue work on my declaration for attorney fees application, including first draft of the remaining fact sections pertaining to timekeepers' experience and work, and including legal research re reasonable rates and various issues pertaining to factors courts must consider on reviewing application. | 7.30 | 2,372.50 |
| 12/28/2017 | AC | Finish drafting my declaration (2.4 hours).  Draft memo of law, incorporating sections from previous motion, and including further legal research (3.1 hours). | 5.60 | 1,820.00 |
| 12/29/2017 | AC | Final revisions to attorney fees application, including further legal research on comparable hourly rates awarded by courts, and in light of LC's comments on papers. | 4.00 | 1,300.00 |
|  | LC | Review and revise draft of motion papers on attorney fees. | 1.10 | 495.00 |
| Subtotal: |  |  | 110.50 | $35,450.00 |

Additional Charges :

|  | Amount |
|---|---|
| 12/5/2017 Certified Translation of Juan Correa Affidavit. | 475.00 |
| Total additional charges | $475.00 |
| | |
| Total amount of this bill | $35,925.00 |
| | |
| Balance due | $35,925.00 |

C A R Y   K A N E
Slip Summary Listing

---

### Selection Criteria

| Slip.Classification | Open |
| Clie.Selection | Include: ALL CITY EMPLOYEES - Post-Sett |

---

| Title | Amount | % Total | Time | % Total |
|---|---:|---:|---:|---:|
| **Timekeeper: Anthony Consiglio** | | | | |
| Contingency | | | | |
|   Fees: Slip Value | 27690.00 | 78.11% | 85.20 | 77.10% |
|   Costs: Slip Value | 488.12 | 100.00% | | |
|   Total: Slip Value | 28178.12 | 78.41% | 85.20 | 77.10% |
| | | | | |
| **Total: Anthony Consiglio** | | | | |
|   Fees: Slip Value | 27690.00 | 78.11% | 85.20 | 77.10% |
|   Costs: Slip Value | 488.12 | 100.00% | | |
|   Total: Slip Value | 28178.12 | 78.41% | 85.20 | 77.10% |
| | | | | |
| **Timekeeper: Jessica Cabrera** | | | | |
| Contingency | | | | |
|   Fees: Slip Value | 562.50 | 1.59% | 4.50 | 4.07% |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Total: Slip Value | 562.50 | 1.57% | 4.50 | 4.07% |
| | | | | |
| **Total: Jessica Cabrera** | | | | |
|   Fees: Slip Value | 562.50 | 1.59% | 4.50 | 4.07% |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Total: Slip Value | 562.50 | 1.57% | 4.50 | 4.07% |
| | | | | |
| **Timekeeper: Larry Cary** | | | | |
| Contingency | | | | |
|   Fees: Slip Value | 1575.00 | 4.44% | 3.50 | 3.17% |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Total: Slip Value | 1575.00 | 4.38% | 3.50 | 3.17% |
| | | | | |
| **Total: Larry Cary** | | | | |
|   Fees: Slip Value | 1575.00 | 4.44% | 3.50 | 3.17% |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Total: Slip Value | 1575.00 | 4.38% | 3.50 | 3.17% |
| | | | | |
| **Timekeeper: Tara Jensen** | | | | |
| Contingency | | | | |
|   Fees: Slip Value | 5622.50 | 15.86% | 17.30 | 15.66% |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Total: Slip Value | 5622.50 | 15.64% | 17.30 | 15.66% |
| | | | | |
| **Total: Tara Jensen** | | | | |
|   Fees: Slip Value | 5622.50 | 15.86% | 17.30 | 15.66% |
|   Costs: Slip Value | 0.00 | 0.00% | | |
|   Total: Slip Value | 5622.50 | 15.64% | 17.30 | 15.66% |

C A R Y   K A N E
Slip Summary Listing

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Grand Total | | | | |
| Fees: Slip Value | 35450.00 | 100.00% | 110.50 | 100.00% |