UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTOR PALAGUACHI, DANIEL GALDAME, and MARCO MOROCHO, on behalf of themselves and other employees similarly situated,

                Plaintiffs,

-against-

ALL CITY REMODELING, INC., T&G CONTRACTING INC., GEORGE TSIMOYIANIS, and JOHN DOES 1-100, the actual names of such individuals or entities being unknown,

                Defendants.
-----------------------------------------------------------X

15 CIVIL 9688 (AT)(SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2018, Plaintiffs' motion is GRANTED and judgment is entered against Defendants for the amount of $420,626.50.

**Dated:** New York, New York
         February 5, 2018

RUBY J. KRAJICK
Clerk of Court

BY: _Kmango_
Deputy Clerk
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/18