```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR PALAGUACHI, DANIEL GALDAME,
And MARCO MOROCHO, on behalf of
Themselves and other employees similarly
situated,

                       Plaintiffs,                            15 **CIVIL** 9688 (AT) (SDA)

       -against-                                      **AMENDED JUDGMENT**

ALL CITY REMODELING, INC., T&G
CONTRCTING INC., GEORGE TSIMOYIANIS,
and JOHN DOES 1-100, the actual names of such
individuals or entities being unknown,
                       Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 18, 2017, and the Order dated March 5, 2018, Plaintiffs' request to enforce the settlement agreement is granted; Defendants' motion to modify the settlement is denied and judgment is hereby entered in favor of Juan Correa for the amount of $10,557.00.

**Dated:**  New York, New York
           March 16, 2018

                                                                   RUBY J. KRAJICK

                                                                  Clerk of Court
                                        **BY:**
                                                                    Deputy Clerk